Paul N. Tauger
(State Bar No. 160552)
ADDYHART P.C.
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
312.264.2547 (fax)
ptauger@addyhart.com

Caren A. Yusem
*(pro hac vice forthcoming)*
ADDYHART P.C.
1101 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20004
312.804.4885
caren@addyhart.com

Meredith Martin Addy
*(pro hac vice forthcoming)*
Charles A. Pannell, III
*(pro hac vice forthcoming)*
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
770.715.2020
meredith@addyhart.com
cpannell@addyhart.com

***Attorneys for Plaintiff in Dainese S.p.A.***

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAINESE S.p.A.,<br><br>           Plaintiff,<br><br>v.<br><br><br>ALPINESTARS USA, Inc. and<br><br>ALPINESTARS S.p.A.<br><br><br>           Defendant. | Case No.:<br><br>PLAINTIFF DAINESE S.p.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1 |

1

*CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES*

Pursuant to Federal Rules of Procedure Rule 7.1 and Local Rule 7.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Plaintiff DAINESE S.p.A., ("Dainese") certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

**Dainese S.p.A.** is the Plaintiff in this action.

**Shield II S.p.A.** is the corporate parent of Dainese S.p.A.

**Shield S.p.A.** is the owner of Shield II S.p.A.

**CEP V Investment 24 S.A.R.L.** is the owner of Shield S.p.A.

Dainese is not aware of a public company that owns 10% or more of Dainese. The above-referenced companies, along with defendants Alpinestars USA and Alpinestars S.p.A., are the only parties to Dainese S.p.A.'s knowledge who may have a pecuniary interest in the outcome of this case.

This 20th day of August, 2024          ADDYHART P.C.

By: /s/ *Paul N. Tauger*
**Attorneys for Plaintiff**
**in Dainese S.p.A.**

2

*CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES*