Paul R. Steadman (*Pro Hac Vice*)
paul.steadman@us.dlapiper.com
Matthew D. Satchwell (*Pro Hac Vice*)
matthew.satchwell@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
T: (312) 368-2135 | F: (312) 251-2850
T: (312) 368-2111 | F: (312) 236-7519

Martin M. Ellison (SBN 292060)
martin.ellison@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067-4735
T: (310) 595-3000 | F: (310) 595-3300

Attorneys for Defendants
Alpinestars USA Inc. and Alpinestars S.p.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAINESE S.p.A., | Case No. 2:24-cv-07066-PA-KS |
| | Hon. Percy Anderson |
| Plaintiff, | |
| | **DEFENDANTS ALPINESTARS USA INC. AND ALPINESTARS S.P.A.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| ALPINESTARS USA Inc. and ALPINESTARS S.p.A., | |
| | |
| Defendants. | Jury Trial Demanded |

Pursuant to F.R.C.P. 7.1 and L.R. 7.1-1, the undersigned, counsel of record for Defendants Alpinestars USA Inc. and Alpinestars S.p.A. (collectively, "Defendants" or "Alpinestars"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Alpinestars USA Inc.** is a Defendant in this action.

**Alpinestars S.p.A.** is a Defendant in this action, and the corporate parent to Alpinestars USA Inc.

**Alpinestars Research S.p.A.** is the corporate parent to Alpinestars S.p.A. Apart from the entities listed above, Defendants are unaware of any publicly held corporation owning 10% or more of their stock. Apart from the parties identified by Plaintiff (D.I. 5), Defendants are unaware of any other person, firm, partnership, or corporation that may have a pecuniary interest in the outcome of the case.

Dated:  February 6, 2025

By: */s/ Martin M. Ellison*

Martin M. Ellison (SBN 292060)
martin.ellison@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067-4735
T: (310) 595-3000 | F: (310) 595-3300

Paul R. Steadman (*Pro Hac Vice*)
paul.steadman@dlapiper.com
T: (312) 368-2135 | F: (312) 251-2850
Matthew D. Satchwell (*Pro Hac Vice*)
matthew.satchwell@us.dlapiper.com
T: (312) 368-2111 | F: (312) 236-7519
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089

*Attorneys for Defendants Alpinestars USA Inc. and Alpinestars S.p.A.*

1