Paul R. Steadman (*Pro Hac Vice*)
paul.steadman@us.dlapiper.com
Matthew D. Satchwell (*Pro Hac Vice*)
matthew.satchwell@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
T: (312) 368-2135  |  F: (312) 251-2850
T: (312) 368-2111  |  F: (312) 236-7519

Martin M. Ellison (SBN 292060)
martin.ellison@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067-4735
T: (310) 595-3000  |  F: (310) 595-3300

Attorneys for Defendants
Alpinestars USA Inc. and Alpinestars S.p.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAINESE S.p.A., | Case No. 2:24-cv-07066-PA-KS |
| Plaintiff, | **[PROPOSED] ORDER ON MOTION TO STAY PENDING *INTER PARTES* REVIEW** |
| v. | |
| ALPINESTARS USA Inc. and ALPINESTARS S.p.A., | Hearing Date: June 2, 2025 |
| | Time:  1:30 pm |
| | Courtroom: 9A |
| Defendants. | Judge: Hon. Percy Anderson |
| | Jury Trial Demanded |

Having read and considered the memoranda of points and authorities filed by the parties, the Court hereby GRANTS Defendants Alpinestars USA Inc. and Alpinestars S.p.A.'s Motion to Stay and STAYS this case pending final resolution of the *Inter Partes* Review proceeding challenging the patent-in-suit, IPR2025-00750.

DATED:

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CASE NO. 2:24-CV-07066-PA-KS
PROPOSED ORDER GRANTING MOTION TO STAY PENDING IPR