Paul N. Tauger
(State Bar No. 160552)
ADDYHART LLC
5151 California Street, Suite 100
Irvine, CA  92617
949.438.3218
312.264.2547 (fax)
ptauger@addyhart.com

Caren A. Yusem
*(pro hac vice)*
ADDYHART LLC
1101 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20004
312.804.4885
caren@addyhart.com

Meredith Martin Addy
*(pro hac vice)*
Charles A. Pannell, III
*(pro hac vice)*
ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
770.715.2020
meredith@addyhart.com
cpannell@addyhart.com

***Attorneys for Plaintiff in Dainese S.p.A.***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAINESE S.p.A., <br><br> Plaintiff, <br> v. <br><br> ALPINESTARS USA, and ALPINESTARS S.p.A. <br><br> Defendants. | Case No.: 2:24-cv-07066-PA-KS <br><br> JOINT STATUS REPORT REGARDING MEDIATION EFFORTS |

On April 18, 2025, the parties held an in person, private mediation in accordance with the Court's order (Dkt. No. 37) with Judge Paul Michel (ret.).  On April 19, the mediator offered a Mediator's Proposal for Settlement with further options after the in-person mediation that the parties considered during the week of April 21, 2025.  However, the parties have been unable to resolve the action at

1

this time. The mediator offered to further mediate the case at a later time if needed, and the parties agreed to reconsider further mediation if there is a chance it will be more successful in the future.

This 6th day of May, 2025

/s/ *Meredith Martin Addy*
Meredith Martin Addy  (*pro hac vice*)
ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

***Attorney for Plaintiff Dainese S.p.A***

/s/ *Paul R. Steadman*
Paul R. Steadman (*pro hac vice*)
DLA Piper LLP US
444 West Lake Street, Suite 900
Chicago, IL  60606-0089
312.368.4000
Paul.steadman@us.dlapiper.com

***Attorney for Defendants Alpinestars S.p.A. and Alpinestars USA Inc.***

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Meredith Martin Addy attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

*JOINT STATUS REPORT FOLLOWING MEDIATION*