# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Dainese S.p.A. | Plaintiff(s) | 2:24-cv-07066-PA-KSx |
| v. | | |
| Alpinestars USA Inc., et al. | Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge                         .

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required

☐ In-Person Court Hearing

☐ Video Conference

☒ Telephonic

Magistrate Judge     Karen L. Stevenson

Date/Time     May 29, 2026 at 1 p.m.

Courtroom:     **call-in information emailed to participating parties.

When telephonic appearances are permitted, counsel must:
- Conduct the proceedings in professional settings rather than from vehicles, open public spaces, or during other activities (e.g., while exercising or attending sporting events);
- Avoid use of speakerphones during the call, headsets are preferred when possible;
- Minimize environmental noise and background conversations; and
- Avoid speaking over one another during the call.

Dated:     May 28, 2026

By:     Kerri Hays

Deputy Clerk