UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  **2:24-cv-07066-PA-KSx**                                Date: May 29, 2026

Title      *Dainese S.p.A. v. Alpinestars USA Inc., et al.*


Present:  The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge


| Kerri Hays | CourtSmart- 05/29/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| Harold Patricoff | Martin Ellison |
| Hilary Schein | Peter VandeVort |

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE**

Case called.  The Parties stated their appearances.  The Court held a telephonic conference with counsel for Plaintiff and Defendants in this patent litigation regarding Defendants Interrogatory Nos. 10, 11, and 12 directed to information concerning certain assignments of interest in the U.S. Patent  No. 12,012,065 (the "'065 Patent") and whether there has been a complete transfer of interest or not.

After discussion with the parties, and given the July 27, 2026 discovery cut-off,   the Court orders **an expedited briefing schedule** regarding Plaintiff's responses to Interrogatories Nos. 10, 11, and 12  concerning assignments of interests in the '065 patent. Defendants shall file a motion to compel within ten (10) days of this hearing; an opposition will be filed within ten (10) days of receipt of the Motion to Compel.  Any Reply will be due five (5 ) days from service of the Opposition.  Further, Defendants confirmed that the parties have entered into  a Stipulated Protective Order that has sufficient protection to secure any commercially sensitive documents that may be produced when the discovery motion is resolved.

The Court will determine, after reviewing the parties' filings, if a hearing is necessary, otherwise the matter will be taken under submission, and an order will be issued.


   **IT IS SO ORDERED.**

|  | :25 mins |
|---|---|
| **Initials of Preparer** | klh |