Name and address:

Daniel B. Ravicher
Zeisler PLLC
80 SW 8th St Ste 3110
Miami, FL 33130

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dainese S.p.A. | CASE NUMBER |
| Plaintiff(s), | 24-cv-07066-PA-KS |
| v. | |
| Alpinestars USA Inc. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Ravicher, Daniel B.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*        *check here if federal government attorney* ☐

Zeisler PLLC
_____
*Firm/Agency Name*

| | |
|---|---|
| 80 SW 8th St | 786-505-1205 |
| Ste 3110 | *Telephone Number*   *Fax Number* |
| *Street Address* | |
| Miami, FL 33130 | dan@zeisler-law.com |
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

Dainese S.p.A.        ■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

_____        ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 4/4/01 | Yes (Bar No. 3956000) |
| Florida | 4/18/13 | Yes (Bar No. 102809) |
| U.S. Supreme Court | 11/30/09 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  6/16/26

Daniel B. Ravicher

*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Piper, David

*Designee's Name (Last Name, First Name & Middle Initial)*

Stradley Ronon Stevens & Young LLP

*Firm/Agency Name*

1 World Trade Center

Suite 2575

*Street Address*

Long Beach, CA 90831

*City, State, Zip Code*

562-366-1645

*Telephone Number*

dpiper@stradley.com

*Email Address*

562-366-1646

*Fax Number*

179889

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated   06/23/2026

David Piper

*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

United States Court of Appeals for the Federal Circuit, September 26, 2002, Active
United States Court of Appeals for the 11th Circuit, June 16, 2004, Active
United States Court of Appeals for the 2nd Circuit, July 14, 2010, Active
United States District Court for the Southern District of New York, January 7, 2003, Active
United States District Court for the Eastern District of New York, January 2003, Active
United States District Court for the Northern District of New York, August 20, 2025, Active
United States District Court for the Southern District of Florida, May 20, 2013, Active
United States District Court for the Middle District of Florida, July 15, 2014, Active
United States District Court for the Eastern District of Texas, July 6, 2023, Active
United States District Court for the Western District of Texas, July 22, 2024, Active
United States District Court for the Southern District of Texas, July 30, 2024, Active
United States District Court for the Northern District of Texas, July 31, 2024, Active



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon         )                    In Re:  0102809
                                                    Daniel Ben Ravicher
                                                    Zeisler PLLC
                                                    80 SW 8th St Ste 3110
                                                    Miami, FL 33130

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 18, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  16th  day of **June, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-417503





*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Daniel Ben Ravicher

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 2, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 23, 2026.

*Clerk of the Court*

CertID-00295600

CERTIFICATE OF SERVICE

I certify that on June 23, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM ECF users will be served electronically by the CM/ECF system.

Executed on June 23, 2026, at Long Beach, California.

*Randy Offutt*
Randy Offutt

CERTIFICATE OF SERVICE