UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7066 PA (KESx) | | Date | July 22, 2026 |
|---|---|---|---|---|
| Title | Dainese S.p.A. v. Alpinestars USA, Inc., et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Daniel Torrez | Valerie Salva |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Ravicher (video)<br>Hilary Schein (video) | Paul Steadman (video)<br>Martin Ellison (video) |

**Proceedings:**           STATUS CONFERENCE by ZOOM

Cause called; appearances made.  The Court is in receipt of the Ex Parte Application to Stay Case pending Forthcoming Motion to Dismiss (Docket No. 99) and Motion to Dismiss Case Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (Docket No. 110) filed by plaintiff Dainese S.p.A. ("Plaintiff").  The Court and counsel confer regarding the status of the case, Plaintiff's filings, and terms the Court might consider proper for dismissal of this case under Federal Rule of Civil Procedure 41(a)(2).

For the reasons stated on the record, the Court stays this case for a period of one week. The Court sets a further status conference for Friday, July 24, 2026, at 1:30 p.m.

If Plaintiff would accept a dismissal with prejudice as to damages that have accrued through the date of the dismissal, and without prejudice as to any claims subsequent to the date of dismissal, Plaintiff may file a notice to that effect prior to Friday's status conference.  In the alternative, if the parties are able to reach an agreement as to the terms of dismissal and file an appropriate Stipulation to Dismiss prior to Friday's status conference, no appearance will be necessary.

IT IS SO ORDERED.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | DT |