JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAINESE S.p.A.,<br>Plaintiff,<br>v.<br>ALPINESTARS USA, INC., et al.,<br>Defendants. | CV 24-7066 PA (KSx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 28, 2026 Order granting in part the Motion to Dismiss Case Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by plaintiff Dainese S.p.A. ("Plaintiff"), and dismissing this action subject to terms that the Court considers proper,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice as to damages that have accrued through the date of this Judgment of Dismissal, and without prejudice as to any claims and damages subsequent to the date of this Judgment of Dismissal.

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs of suit.

IT IS SO ORDERED.

DATED: July 28, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE